UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MERCHANTS MUTUAL INSURANCE CO., AS SUBROGEE OF GARY GEBHARDT;<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL HESS,<br><br>Defendant. | 2:23-CV-10523-TGB<br><br>**ORDER DISMISSING CASE**<br><br>HONORABLE TERRENCE G. BERG |

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED without prejudice.

DATED this 22nd day of June, 2023.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge